1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WALTER SHANE LANGSTON,

11               Petitioner,                    No.  2:13-cv-0197 KJN P

12       vs.

13   GARY SWARTHOUT,

14               Respondent.              ORDER

15   _____/

16               Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. §  2254.  Petitioner has not, however, filed an in forma

18   pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

19   Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in

20   support of a request to proceed in forma pauperis or submit the appropriate filing fee.

21               In accordance with the above, IT IS HEREBY ORDERED that:

22               1.  Petitioner shall submit, within thirty days from the date of this order, an

23   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24   petitioner's failure to comply with this order will result in the dismissal of this action; and

25   ////

26   ////

1

1           2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2  pauperis form used by this district.

3  DATED:  February 6, 2013

4

5                                                                KENDALL J. NEWMAN

6                                                               UNITED STATES MAGISTRATE JUDGE

7  lang0197.101a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26