IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER SHANE LANGSTON,

    Petitioner,                   No.  2:13-cv-0197 KJN[1] P

    vs.

GARY SWARTHOUT,

    Respondent.              ORDER

_____/

        Petitioner seeks reconsideration of this court's order and judgment entered March 22, 2013, wherein the court construed the petition for writ of habeas corpus filed herein as a motion to amend the petition pending in <u>Langston v. Swarthout</u>, Case No. 2:12-cv-01633 JFM. (<u>See</u> Dkt. Nos. 7, 8, herein.) Petitioner seeks reconsideration[2] on the ground that the court's construction of the instant petition compromises his action in Case No. 2:12-cv-01633 JFM. Petitioner asserts that respondent defaulted in the first-filed action, thus entitling petitioner to the

////

---

[1] Petitioner consented to the jurisdiction of the undersigned magistrate judge for all purposes.  (Dkt. No. 5.)  <u>See</u> 28 U.S.C. § 636(c); Local Rule 305(a).

[2] Rule 60, Federal Rules of Civil Procedure, authorizes, inter alia, relief from a final order for "any . . . reason that justifies relief." Fed. R. Civ. P. 60(b)(6).

1

1  requested relief,[3] and that construing the instant petition as a motion to amend petitioner's first-
2  filed action "gives the respondent a second bite at the apple . . .[to] use the new amendment as an
3  loop hole opportunity, to respond (sic)."  (Dkt. No. 9 at 1.)
4         The undersigned is without authority to reopen the instant case.  The petition filed
5  in the instant case must be construed as a motion to amend petitioner's first-filed petition.  See
6  Woods v. Carey, 525 F.3d 886, 888 (9th Cir. 2008).  Petitioner's concerns regarding the merits of
7  Case No. 2:12-cv-01633 JFM, must be raised in that action.
8         Accordingly, IT IS HEREBY ORDERED that petitioner's request for
9  reconsideration (Dkt. No. 9), is denied.
10 DATED:  May 7, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lang0197.recon.den

---

[3] The court notes, however, that petitioner's request for entry of default in Case No. 2:12-cv-01633 JFM, was declined by the court; petitioner has filed a motion for reconsideration of that order, which remains pending.